**Barbara J. DUGGAN, Appellant,**

v.

**DIRECTOR OF REVENUE,
ST. CHARLES COUNTY,
Missouri, Respondent.**

**No. WD 48543.**

Missouri Court of Appeals,
Western District.

April 12, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Lester W. Duggan, Jr., St. Charles, for appellant.

and uncles and aunts.

---

**4.** Those individuals are a surviving spouse, children, parents, brothers and sisters, grandparents,

**556**

Jeremiah W. (Jay) Nixon, Atty. Gen., Gretchen Garrison-Hunter, Asst. Atty. Gen., Jefferson City, for Director of Revenue.

Thomas W. Rynard, Terry C. Allen, Craft, Fridkin & Rhyne, Jefferson City, Steven A. Martin, County Counselor, St. Charles, for St. Charles County.

Before TURNAGE, C.J., P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Barbara Duggan appeals the decision of the Administrative Hearing Commission denying her application for a refund of county sales taxes.

The decision of the Administrative Hearing Commission is affirmed.   Rule 84.16(b).